# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 5:09CR25-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ALEJANDRO SALINAS GARCIA, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS MATTER is before the Court upon Inquiry into Status of Counsel hearing that took place on July 22, 2011.

Kevin Tate appeared with Defendant as the duty attorney for the Federal Defender. The Courtroom Deputy informed the Court that Emmanuel West, an attorney in Stone Mountain, Georgia, has contacted the clerk's office representing that he has been retained but that his local counsel is on maternity leave and he is having difficulty finding new local counsel.

In response to the Court's inquiries, Defendant said West has visited him in the jail here and that family members have paid to retain him. The Court impressed upon Defendant that he is entitled to retained counsel of his choice, but that counsel must appear so that his case may proceed without delay.

Based on Defendant's statements and West's statements to the Courtroom Deputy, the Court continued the hearing until July 29, 2011 at 10:10 a.m. before Magistrate Judge David C. Keesler. West is ordered by the Court to appear at this hearing and advise the Court if he is making a general appearance for Defendant. If West does not make a general appearance at that time, the Court will determine if Defendant qualifies for appointed counsel.

The Clerk is ordered to provide a copy of this Order to Emmanuel West.

**SO ORDERED.**

Signed: July 22, 2011

David S. Cayer
United States Magistrate Judge