FILED: January 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6075
(5:09-cr-00025-KDB-DCK-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ALEJANDRO SALINAS GARCIA, a/k/a Alex

  Defendant - Appellant

_____

O R D E R

_____

  The court grants counsel's motion to withdraw from further representation.

  Entered at the direction of the panel: Judge Wynn, Judge Thacker, and Judge Rushing.

        For the Court

        /s/ Patricia S. Connor, Clerk