FILED: January 18, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6075
(5:09-cr-00025-KDB-DCK-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ALEJANDRO SALINAS GARCIA, a/k/a Alex

  Defendant - Appellant

_____

M A N D A T E

_____

  The judgment of this court, entered November 15, 2021, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*