IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:09-CR-00025-KDB-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ALEJANDRO SALINAS GARCIA, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant Alejandro Salinas Garcia's *pro se* motion for voluntary dismissal (Doc. No. 372) to dismiss his motion for consideration of compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), the First Step Act of 2018, and Amendment 821. (Doc. No. 369). Having carefully reviewed Defendant's motion and for the reasons stated in Defendant's motion for voluntary dismissal, the Court grants Defendant's voluntary dismissal.

**IT IS, THEREFORE, ORDERED**, that Defendant's *pro se* motion for voluntary dismissal (Doc. No. 372) of his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 (Doc. No. 369), is **GRANTED.**

**SO ORDERED.**

Signed: February 12, 2024

*/s/ Kenneth D. Bell*

Kenneth D. Bell
United States District Judge