IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:09-CR-025-KDB-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ALEJANDRO SALINAS GARCIA, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 375) filed by Dominique Camm, concerning Christopher M. Young, on March 18, 2024. Christopher M. Young seeks to appear as counsel *pro hac vice* for Defendant Garcia. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 375) is **GRANTED**. Christopher M. Young is hereby admitted *pro hac vice* to represent Defendant Garcia.

**SO ORDERED**.

Signed: March 19, 2024

David C. Keesler
United States Magistrate Judge